**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| TERRY PETTEWAY, DERRICK ROSE, MICHAEL MONTEZ, SONNY JAMES, and PENNY POPE, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:13-CV-00308 |
| GALVESTON, TEXAS, and HONORABLE MARK HENRY, in his official capacity as Galveston County Judge, | § § § § § | |
| *Defendants.* | § § | |

### PLAINTIFFS' NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiffs submit this notice of death of Plaintiff Roosevelt Henderson. The remaining Plaintiffs maintain their claims against Defendants. Fed. R. Civ. P. 25(a)(2). As such, Plaintiffs respectfully note for the record that this action will proceed with Plaintiffs Terry Petteway, Derrick Rose, Michael Montez, Sonny James, and Penny Pope.

January 18, 2022

Respectfully submitted,

/s/ Chad W. Dunn

Mark P. Gaber*
Caleb Jackson*
Valencia Richardson*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org
cjackson@campaignlegal.org
vrichardson@campaignlegal.org

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Cave Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Neil G. Baron
Law Office of Neil G. Baron
1010 E Main Street, Ste. A
League City, TX 77573

Sonni Waknin*                                   (281) 534-2748
UCLA Voting Rights Project                      neil@ngbaronlaw.com
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 310-400-6019
sonni@uclavrp.org


*Motion for admission pro hac vice
forthcoming

                    Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that, on January 18, 2022, the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Chad W. Dunn*
Chad W. Dunn

*Counsel for Plaintiffs*