IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HONORABLE TERRY PETTEWAY et al., | § § § | |
| v. | § | 3:13-CV-00308 |
| GALVESTON COUNTY, TEXAS et al., | § § § | |

### ORDER

Last month, the plaintiff's filed a motion for leave to file a supplemental complaint. Docket 54. The proposed supplemental complaint challenges the 2021 redistricting for Galveston County Commissioners. This case involves the 2013 redistricting for Galveston County Justices of the Peace. Although this case is not yet closed, the Court concludes that a separate redistricting cycle for separate offices is not sufficiently related to warrant filing the new matter in this case. Redistricting cases in different rounds of redistricting (let alone for different offices) are regularly filed as new matters. In addition, as a practical matter the retirement of the judge assigned this matter is imminent. The motion to file a supplemental complaint is therefore **DENIED**.

The Clerk's Office is directed to file Documents 54, and 56-61 in a new case opened in the Galveston Division, to be assigned as all new filings in Galveston are.

Signed on the 15th day of February 2022.

_____
**Judge of The United States Court of Appeals
for the Fifth Circuit**
(Sitting by designation)